UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CRIMINAL NUMBER: 4:09CR00069-001
    USM NUMBER: 14120-042

NICK HARMON, JR.

ORDER REGARDING MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. §3582(c)(2)

Upon motion of Defendant Nick Harmon, Jr. under 18 U.S.C. §3582(c)(2) for a reduction in the term of imprisonment based on a guideline sentencing range that has been lowered as a result of the U.S. Supreme Court decision in *Dorsey v. United States*, 132 S.Ct. 2321 (2012), together with the lowered, retroactive guideline range implemented by the U.S. Sentencing Commission pursuant to 28 U.S.C. §994(u), the Court hereby finds and orders as follows:

Defendant Nick Harmon, Jr. was sentenced to a term of 60 months of imprisonment by Amended Judgment [32] filed on August 25, 2010. Upon motion [42] filed by the defendant for a reduction in the term of imprisonment based upon application of the Fair Sentencing Act of 2010, and the Court having considered such motion, taking into account the policy statements set forth at U.S.S.G §1B1.10 and the sentencing factors in 18 U.S.C. §3553(a), and upon agreement between the defendant and counsel for the U.S. Attorney's Office, the Court hereby orders that the previously imposed sentence of 60 months is reduced to 24 months. If the sentence imposed is less than the term already served, the sentence is reduced to a "time served" sentence.

The applicable term of supervised release has been reduced as a result of the application of the Fair Sentencing Act. The previously imposed term of 4 years is reduced to a term of 3 years.

Except as otherwise provided, all provisions of the Judgement filed August 25, 2010 shall remain in effect.

SO ORDERED, this the 10th day of January, 2013.

_____
SHARION AYCOCK
U.S. DISTRICT COURT JUDGE